IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:17-CR-00111-09-JM

JABARI ZAKI CUMMINS

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 1083) is DENIED.

On April 18, 2018, Defendant pled guilty to conspiracy to possess with intent to distribute and distributing heroin.[1] On September 5, 2018, he was sentenced to 188 months in prison.[2]

Defendant seeks compassionate release because of COVID-19. This is not an "extraordinary and compelling" reason to warrant relief. Additionally, the relief is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 27th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 515.

[2] Doc. Nos. 636, 637.