## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                       **4:17-CR-00111-09-JM**

**JABARI ZAKI CUMMINS**

## ORDER

Defendant's motion for sentence reduction (Doc. No. 1205) and motion to appoint

counsel (Doc. No. 1221) are DENIED.

As previously noted, Defendant remains a career offender under the guidelines.[1]

Additionally, the relief is not warranted after consideration of the § 3553(a) factors – specifically

the need for the sentence to reflect the severity of the offense and to protect the public from

further crimes by Defendant.

IT IS SO ORDERED this 11th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has a 2002 conviction for bank robbery and a 2011 conviction for possession with
intent to deliver cocaine.